MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

1301 Clay St., 3rd Floor
Oakland, California 94612
Telephone: (510) 637-3740
Fax: (510) 637-3724
E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAN GODWIN,<br><br>    Defendant. | CASE NO.    CR 13-00168-YGR<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM JANUARY 15, 2014, TO FEBRUARY 13, 2014, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

The parties are set to appear for a status conference in front of the Court on January 15, 2014. The parties are in agreement that a continuance of the status conference is appropriate because the government is still waiting for laboratory reports from suspected drugs seized in this case. While the parties have previously requested multiple continuances in this case, it has been necessary since the parties cannot attempt to resolve the case without the relevant laboratory report. However, the parties expect that this will be the final request for a continuance because the government expects to receive the outstanding laboratory reports within the next week. The reports will be disclosed to the defense once they are received by the government. The parties agree that excluding time would be appropriate to allow the government's laboratory additional time to test the alleged drugs and to allow defense counsel

1  additional time to review discovery in the case.

2      With the agreement of the parties, and with the consent of the defendant, the Court enters this

3  order continuing the status conference to February 13, 2014, and documenting the exclusion of time

4  under the Speedy Trial Act, 18 U.S.C. § 3161, from January 15, 2014, through February 13, 2014.

5      The parties agree, and the Court finds and holds, as follows:

6  1.   The defendant agrees to an exclusion of time under the Speedy Trial Act from

7  January 15, 2014, through February 13, 2014, based upon the need for effective preparation of counsel

8  and to provide the defendant an opportunity to continue discovery review.  The defendant agrees to this

9  exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to

10 January 15, 2014, shall remain preserved.

11 2.   Counsel for the defendant believes that the exclusion of time is in his client's best interest.

12 3.   Given these circumstances, the Court finds that the ends of justice served by excluding

13 the period from January 15, 2014, through February 13, 2014, outweigh the best interest of the public

14 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

15 4.   Accordingly, and with the consent of the defendant, the Court orders that the period from

16 January 15, 2014, through February 13, 2014, shall be excluded from Speedy Trial Act calculations

17 under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

18

19 IT IS SO STIPULATED:

20

21 DATED:  January 10, 2014                                 /s/
                                               HARRIS TABACK

22                                                Attorney for Defendant

23
DATED:  January 10, 2014                                 /s/

24                                                AARON D. WEGNER
                                             Assistant United States Attorney

25
IT IS SO ORDERED.

26

27 DATED:  January 13, 2014

28                                              HON. YVONNE GONZALEZ ROGERS
                                             United States District Judge